■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD SCHULER, Appellant. [623 NYS2d 146] —Appeal by the

defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered March 31, 1992, convicting him of criminal possession of a weapon in the third degree and criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Hunter,* 212 AD2d 731 [decided herewith]).

We additionally note that the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Miller, J. P., Thompson, Santucci and Joy, JJ., concur.